# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PAUL, LETITIA Z. | U.S. BANKRUPTCY COURT, SDTX | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

515 RUSK AVENUE, SUITE 4019
HOUSTON, TEXAS 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate No. 1 |
| 2. | Trustee | Trust No. 1 |
| 3. | Trustee | Trust No. 2 |
| 4. | Trustee | Trust No. 3 |
| 5. | Trustee | Trust No. 4 |
| 6. | Trustee | Trust No. 5 |
| 7. | Trustee | Trust No. 6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SYSCO | B | Dividend | K | T | | | | | |
| 2. Comerica Bank- Account (formerly STERLING BANK Account) | A | Interest | K | T | | | | | |
| 3. Berk "B" | | None | K | T | | | | | |
| 4. Limited Partnership 1, Harris County, Texas | A | Rent | J | U | | | | | |
| 5. Limited Partnership 2 Harris County, Texas | A | Distribution | J | T | | | | | |
| 6. CVX | C | Dividend | M | T | | | | | |
| 7. Pepsi | A | Dividend | J | T | | | | | |
| 8. Texas Instruments | A | Dividend | J | T | | | | | |
| 9. Caterpillar | A | Dividend | L | T | Sold (part) | 02/20/15 | J | | |
| 10. | | | | | Sold | 07/21/15 | J | | |
| 11. Lewisville ISD | | None | K | T | | | | | |
| 12. Procter & Gamble | A | Dividend | J | T | | | | | |
| 13. KMI (formerly KMP) | C | Dividend | L | T | Sold (part) | 02/20/15 | J | | |
| 14. | | | | | Sold | 10/20/15 | L | | |
| 15. Edward Jones Money Market Accounts | A | Interest | J | T | | | | | |
| 16. ATT | | None | K | T | Buy (add'l) | 12/24/15 | K | | |
| 17. Colegate Polmolive | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DirectTV Group Holdings CLA | | None | J | T | | | | | |
| 19. Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 20. Heinz HJ Co | | None | K | T | | | | | |
| 21. IBM | A | Dividend | K | T | | | | | |
| 22. Ralcorp Hldgs Inc New | | None | J | T | | | | | |
| 23. Transocean Ltd | | None | J | T | | | | | |
| 24. Verizon Communications Com | | None | J | T | | | | | |
| 25. John Hancock Large Cap Mutual Fund | | None | J | T | | | | | |
| 26. Vanguard Wellington Mutual Fund | | None | J | T | | | | | |
| 27. Apple, Inc. | A | Dividend | K | T | | | | | |
| 28. Post Holdings Inc. SHS | | None | J | T | | | | | |
| 29. Brokerage Account (H) | | | | | | | | | |
| 30. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 31. -Apache Corp | A | Dividend | | | Sold | 04/09/15 | J | | |
| 32. -Apple Inc. | A | Dividend | J | T | | | | | |
| 33. -Ball Corporation | A | Dividend | J | T | | | | | |
| 34. -Berkshire Hathaway Cl B | | None | J | T | Buy (add'l) | 12/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BHP Billiton Ltd ADR F | A | Dividend | | | Sold | 04/09/15 | J | | |
| 36. -Catepillar Inc | A | Dividend | J | T | | | | | |
| 37. -Chevron Corporation | A | Dividend | J | T | | | | | |
| 38. -Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 39. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 40. -Cullen Frost Bankers | A | Dividend | | | Sold | 08/19/15 | J | | |
| 41. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 42. -EMR (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 43. -Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 44. -Gilead Sciences Inc | | None | J | T | | | | | |
| 45. -GOOG (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 46. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 47. -Intel Corp | A | Dividend | J | T | | | | | |
| 48. -Intl Business Machines | A | Dividend | J | T | | | | | |
| 49. -Johnson & Johnson | A | Dividend | | | Sold | 07/21/15 | J | | |
| 50. -JPMorgan Chase (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 51. -Kinder Morgan Mgmt Llc | A | Dividend | | | Sold | 10/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -LVMUY (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 53. -Mc Donalds Corp | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 54. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 55. -Nike Inc Class B | A | Dividend | J | T | | | | | |
| 56. -Oracle Corporation | A | Dividend | J | T | | | | | |
| 57. -Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 58. -Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 59. -Procter & Gamble | A | Dividend | J | T | | | | | |
| 60. -Scana Corporation New | A | Dividend | J | T | | | | | |
| 61. -Sch US Mid-Cap ETF | A | Dividend | J | T | Sold (part) | 04/09/15 | J | | |
| 62. - Schw US SCap ETF (formerly Schw US SCap ETV) | A | Dividend | J | T | Sold (part) | 04/09/15 | J | | |
| 63. -STZ | | None | J | T | | | | | |
| 64. -TROW (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 65. -Union Pacific Corp | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 66. -United Technologies Corp | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 67. -Walt Disney Co. | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 68. -Weingarten Rlty Invs Sbi | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 70. -Well Tower Inc. (X) | | None | J | T | Buy | 12/24/15 | J | | |
| 71. -Whiting Petroleum Corp | | None | | | Sold | 03/25/15 | J | | |
| 72. -Wynn Resorts | A | Dividend | | | Sold | 04/09/15 | J | | |
| 73. Estate No. 1 (H) | | None | O | T | | | | | |
| 74. -Brokerage Account (H) | | | | | | | | | |
| 75. --Alcatel Lucent | | | | | | | | | |
| 76. --Archer Daniels MIDLO | | | | | | | | | |
| 77. --ATT | | | | | | | | | |
| 78. --AXA-Spons ADR | | | | | | | | | |
| 79. --Boeing Company | | | | | | | | | |
| 80. --BP PLC Spon ADR | | | | | | | | | |
| 81. --Bristol-Myers Squibb Co | | | | | | | | | |
| 82. --Chevron Corp | | | | | | | | | |
| 83. --Comcast Corp New Cl A | | | | | | | | | |
| 84. --Devon Energy Corp New | | | | | | | | | |
| 85. --DirectTV Group Holdings CLA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Entergy Corp New | | | | | | | | | |
| 87. --Exxon Mobil Corp Com | | | | | | | | | |
| 88. --General Electric | | | | | | | | | |
| 89. --General Mills | | | | | | | | | |
| 90. --General Dynamics Corp | | | | | | | | | |
| 91. --Great Plains Energy, Inc. | | | | | | | | | |
| 92. --Gulfmark Ofshre Inc CLA | | | | | | | | | |
| 93. --HECLA Mining Co Del | | | | | | | | | |
| 94. --IBM | | | | | | | | | |
| 95. --Intl Paper Co | | | | | | | | | |
| 96. --Lowe's Companies Inc. | | | | | | | | | |
| 97. --LSI Corp | | | | | | | | | |
| 98. --Meritor Inc Com | | | | | | | | | |
| 99. --Mindspeed Tech Inc | | | | | | | | | |
| 100. --National Oilwell Varco Inc | | | | | | | | | |
| 101. --NCR Corp New | | | | | | | | | |
| 102. --Newmont Mining Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --News Corp CL A | | | | | | | | | |
| 104. --Nisource Inc | | | | | | | | | |
| 105. --Pioneer Natrual Res Co | | | | | | | | | |
| 106. --Post Holdings Inc SHS | | | | | | | | | |
| 107. --Ralcorp Hldgs Inc New | | | | | | | | | |
| 108. --Rockwell Automation Inc | | | | | | | | | |
| 109. --Rockwell Collins Inc | | | | | | | | | |
| 110. --Royal Dutch Shell PLC Spons ADR B | | | | | | | | | |
| 111. --Royal Dutch Shell PLC Spons ADR A | | | | | | | | | |
| 112. --Skyworks Solutions Inc | | | | | | | | | |
| 113. --Stillwater Mining | | | | | | | | | |
| 114. --Teradata Corp Del | | | | | | | | | |
| 115. --Texas Instruments | | | | | | | | | |
| 116. --UTS Marine P TR UBI | | | | | | | | | |
| 117. --Wal-Mart Stores Inc | | | | | | | | | |
| 118. --Walgreen Co | | | | | | | | | |
| 119. --Weatherford Intl Ltd REG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --WT10 15Visteon Corp Wis USD | | | | | | | | | |
| 121.  -BBVA Compass Bank Account | | | | | | | | | |
| 122.  Trust No. 1 (H) | E | Rent | N | S | | | | | See note in Part VIII |
| 123.  - Real Property No. 1, Harris County, Texas | | | | | | | | | |
| 124.  - Real Property No. 2, Harris County, Texas | | | | | | | | | |
| 125.  - Real Property No. 3, Harris County, Texas | | | | | | | | | |
| 126.  - Real Property No. 4 , Harris County, Texas | | | | | | | | | |
| 127.  Trust No. 2 (H) | | | | | | | | | |
| 128.  -Comerica Bank Account | | None | J | T | | | | | |
| 129.  Trust No. 3 (H) | | | | | | | | | |
| 130.  -Comerica Bank Account | | None | J | T | | | | | |
| 131.  Trust No. 4 (H) | | | | | | | | | |
| 132.  -Comerica Bank Account | | None | L | T | | | | | |
| 133.  Trust No. 5 (H) | | | | | | | | | |
| 134.  -Comerica Bank Account | | None | L | T | | | | | |
| 135.  Trust No. 6 (H) | | | | | | | | | |
| 136.  -Wells Fargo Bank Account | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, LETITIA Z. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII. Per ████ agreement executed between me █████ property (including investments and trusts) is the sole financial interest and/or responsibility of ███ and are not derived from my assets, income or activities. I do not derive or expect to derive any benefit from ███ property (including investments and trusts), ████ and I have no knowledge of ███ property (including investments and trusts). ██ and I do not file ██ federal income tax returns.

2. Part VII, Lines 122-126. Assessed values of Real Properties by Houston County Appraisal District: No.1 - $197,933; No. 2 - $65,340; No. 3 - $741; and No. 4 -$224,118.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LETITIA Z. PAUL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544